**Electronically Filed
Supreme Court
SCWC-20-0000717
13-SEP-2022
10:46 AM
Dkt. 30 ODSAC**

SCWC-20-0000717

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

───────────────────────────────

IN THE INTEREST OF AB AND BB

───────────────────────────────

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000717; FC-S NO. 14-00235)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, September 13, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

